## GARDNER *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 24, September Term, 1960.]

*Decided October 13, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons stated by the court below. Allegations as to perjured testimony, contained in the brief filed here, but not in the application filed below, are not properly before us.